# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————

No. 1D2024-1982

——————————————

KEVIN ORDONEZ-GARCIA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

——————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 11, 2025

PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of counsel on the merits. *See Mack v. State*, 380 So. 3d 1248, 1249 (Fla. 1st DCA 2024).

ROWE, M.K. THOMAS, and TANENBAUM, JJ., concur.

——————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————

Kevin Ordonez-Garcia, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.